# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOHNSON,<br><br>      Plaintiff,<br><br>  v.<br><br>KS INDUSTRIES, L.P.,<br><br>      Defendants. | Case No.: 1:16-cv-01135 DAD  JLT<br><br>ORDER GRANTING STIPULATIONT TO STAY THE MATTER TO PERMIT THE PARTIES TO PROCEED TO ARBITRTATION |

On November 7, 2016, at the scheduling conference, the Court learned that the parties had agreed that the matter would proceed to arbitration according to the policies governing the plaintiff's employment.  Counsel relayed that the arbitration would be conducted by AAA and that the venue would be determined according to the parties' stipulation.  Therefore, the Court **ORDERS**:

    1.    The matter is **STAYED** to allow the completion of arbitration;

    2.    Every 120 days and no later than 20 days after the arbitrator issued his/her ruling, counsel **SHALL** file a joint status report detailing the matter and whether the stay should be lifted'

IT IS SO ORDERED.

    Dated:   **November 8, 2016**                **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE