# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOHNSON,<br><br>        Plaintiff,<br><br>  v.<br><br>KS INDUSTRIES, L.P.,<br><br>        Defendant. | Case No.: 1:16-cv-1135-DAD - JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 11) |

On September 29, 2017, the parties notified the Court that the matter has settled. (Doc. 11) They request 45 days to finalize the settlement documents. Id. at 2. Thus, the Court **ORDERS**:

    1.    The stipulation to dismiss the action **SHALL** be filed **no later than November 17, 2017**;

    2.    All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**


IT IS SO ORDERED.

    Dated:  **October 2, 2017**           **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE