# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KS INDUSTRIES, L.P.,<br><br>　　　　Defendant. | Case No.: 1:16-cv-1135-DAD- JLT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION BASED UPON THE PARTIES' STIPULATION TO DISMISS THIS ACTION WITH PREJUDICE<br><br>(Doc. 13) |

　　On November 16, 2017, Plaintiff Robert Johnson and Defendant KS Industries, L.P., stipulated to dismiss the action with prejudice. (Doc. 13) Pursuant to Rule 41 of the Federal Rules of Civil Procedure, "the plaintiff may dismiss an action without a court order by filing … a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

　　Because all parties who have appeared in the action signed the stipulation (Doc. 13), it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

　　Dated:　**November 20, 2017**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE